1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KEVIN BRUSS
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No.  6:19-mj-00012-JDP

12          Plaintiff,               **STIPULATION TO CONTINUE STATUS
                                     CONFERENCE**
13  vs.

14  KEVIN BRUSS,                     Date:   November 4, 2020
                                     Time:   10:00 a.m.
15          Defendant.               Judge:  Hon. Jeremy D. Peterson

16

17       The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Kevin Bruss, hereby stipulate and jointly move this Court to continue Mr. Bruss's status

20  conference from September 16, 2020 until November 4, 2020.

21       On April 20, 2020, the government filed an affidavit of alleged probation violation.  The

22  following day Mr. Bruss entered an admission to the probation violation, however, sentencing was

23  continued pending the outcome of a case in Mariposa County.  Unfortunately ongoing COVID-19

24  closures have delayed resolution of that case.  Mr. Bruss is currently scheduled to appear in

25  Mariposa court on October 6, 2020. The undersigned defense counsel requests that Mr. Bruss's

26  status conference be continued until November 4, 2020 with the expectation of a settlement on that

27  date.  The Government does not object.

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  September 11, 2020          */s/ Sean Anderson*
                                    SEAN ANDERSON
                                    Acting Legal Officer
                                    National Park Service
                                    Yosemite National Park


Dated:  September 11, 2020          HEATHER E. WILLIAMS
                                    Federal Defender


                                    */s/  Benjamin A. Gerson*
                                    BENJAMIN A. GERSON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    KEVIN BRUSS

1

**ORDER**

2   Good cause appearing, the above stipulation to continue case 6:19-mj-00012 JDP until

3 November 4, 2020 is hereby accepted and adopted as the order of this court.

4

5 IT IS SO ORDERED.

6

7 Dated:  _September 11, 2020_             

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28