1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
KEVIN BRUSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00012 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING, ORDER** |
| vs. | |
| KEVIN BRUSS, | Judge:  Hon. Helena M. Barch-Kuchta |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Kevin Bruss, hereby stipulate and jointly move this Court to continue Mr. Bruss's sentencing hearing on December 16, 2020 to a date after December 21, 2020, at the convenience of the court.

Mr. Bruss admitted to a violation of probation on April 21, 2020.  Sentencing was continued pending a resolution of his case in the Superior Court of California, Mariposa County. Sentencing in that case is now scheduled for December 21, 2020.  In conversation with Mr. Bruss's defense attorney in the Mariposa case, the anticipated sentence will include a term of incarceration.  Mr. Bruss is expected to surrender and begin his sentence in January 2021, although an exact date has not been set.

The parties in the instant case have reached a tentative sentencing agreement which

1  includes a recommendation of concurrent incarceration.  As such, sentencing in the instant case
2  should only proceed after Mr. Bruss has been sentenced on the Mariposa case, but before he
3  surrenders.  The parties respectfully request that the court continue Mr. Bruss's case until after
4  December 21, 2020.  If convenient to the court, the parties and Mr. Bruss are amenable to an
5  appearance on December 22 or December 23, 2020, so as to expedite the resolution of the instant
6  case.  In the alternative, the parties request the earliest possible date in January, 2021.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  December 11, 2020        */s/ Sean Anderson*
SEAN ANDERSON
Acting Legal Officer
National Park Service
Yosemite National Park


Dated:  December 11, 2020        HEATHER E. WILLIAMS
Federal Defender


*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
KEVIN BRUSS

**O R D E R**

Upon the parties' Joint Stipulation to Continue Sentencing and for good cause shown, the sentencing hearing in *United States v. Bruss*, case no. 6:19-mj-00012, is rescheduled to **Wednesday, January 13, 2021 at 10:00 A.M.** before the undersigned.

IT IS SO ORDERED.

Dated:   December 11, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE